ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON
CIVIL ACTION NO. 5:18-CV-460-JMH

NATIONWIDE MUTUAL INSURANCE CO.,           PLAINTIFF,

THE ROARK AGENCY, LLC           THIRD-PARTY PLAINTIFF,

v.

MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS

KENNETH HATTON and LORA HATTON,           DEFENDANTS.

\* \* \* \* \* \* \* \* \* \*

Come the Defendants, Kenneth Hatton and Lora Hatton ("the Hattons"), by counsel, and for their Motion for leave to file a Combined Reply Brief in excess of the page limitations set out in L.R. 7.1(d), state as follows:

The Plaintiff filed a Combined Response (D.E. 18) to two separate motions by the Hattons, a Motion for leave to file an Amended Counterclaim (D.E. 14) and a Motion to Dismiss (D.E. 15). The Hattons' Replies in support of those two Motions, therefore, are also combined in a single brief. The Combined Reply exceeds the fifteen-page limitation imposed by LR 7.1(d), but is less than the total amount of pages that the Hattons would have been permitted had they filed separate Replies.

For the reasons set out above, the Hattons respectfully request that the Court permit the filing of the Combined Reply.

        MILLER, GRIFFIN & MARKS, P.S.C.
        271 W. Short Street, Suite 600
        Lexington, Kentucky 40507
        Telephone:  (859) 255-6676
        Facsimile:  (859) 259-1562


        By: *Elizabeth C. Woodford*
            ELIZABETH C. WOODFORD
            THOMAS W. MILLLER

        ATTORNEYS FOR THE DEFENDANTS


## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing has been served through ECF on all counsel of record on this the 19th day of October, 2018.

        *Elizabeth C. Woodford*
        ATTORNEYS FOR THE DEFENDANTS


F:\Share\ew\CASES\Hatton - Nationwide\Pleadings\Mtn Leave Exceed Page Limit.docx